UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIQUAN BOOKER,

                Plaintiff,

-against-                   22-CV-4170 (LTS)

SGT. FLINT; OFFICER MURPHY; OFFICER HUBBS,         CIVIL JUDGMENT

                Defendants.

Pursuant to the order issued June 8, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the action filed in this court, and transferred to the United States District Court for the Northern District of New York, under docket number 22-CV-4024 (LTS).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 8, 2022
           New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge